1  Glenn R. Kantor – SBN 122643
    E-mail: gkantor@kantorlaw.net
2  Timothy J. Rozelle – SBN 298332
    E-mail: trozelle@kantorlaw.net
3  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
4  Northridge, California 91324
   Tel: (818) 886-2525                              JS-6
5  Fax: (818) 350-6272

6  Attorneys for Plaintiff
   CATHRINE HELLAND

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| CATHRINE HELLAND, | CASE NO: 2:15-cv-05026-SJO-AS |
|---|---|
| Plaintiff, | **ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, | |
| Defendant. | |

   Pursuant to the stipulation of the parties, the above-entitled action is dismissed in its entirety with prejudice.  Each party shall bear its own fees and costs.

DATED: May 16, 2016        _____
                           S. JAMES OTERO
                           United States District Court Judge

1
[PROPOSED] ORDER
FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE